**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Cowboy,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Sally Jewell,<br><br>　　　　　　　Defendant. | No. CV-15-08039-PCT-DGC<br><br>**ORDER** |

　　　　Plaintiff filed his initial complaint on March 20, 2015, asserting a violation of the Age Discrimination in Employment Act ("ADEA"). Doc. 1. On September 21, 2015, Plaintiff filed an amended complaint. *Id.* On October 1, 2015, after review of the file, and finding no evidence that Plaintiff had served the summons and original complaint within the time required by Federal Rule of Civil Procedure 4(m), the Court ordered Plaintiff to show good cause for this failure. *Id.*

　　　　Plaintiff did not show good cause. Instead, he filed evidence of service of the original complaint on the Department of Interior on June 1, 2015 (Doc. 15), and evidence of service of the original complaint on the Department of Justice on June 2, 2015 (Doc. 16). But he has not shown that he served the original complaint on the United States Attorney as required by Rule 4(i)(1)(A). As a result, service of the original complaint was never completed as required by Rule 4. Plaintiff has not shown that he has served the amended complaint on anyone.

The Court concludes that Plaintiff and his counsel have had ample opportunity to complete service of process. This case has been pending for more than seven months, the Court has pointed out his failure to complete service, and defense counsel specifically informed Plaintiff's counsel of the need to serve the United States Attorney under Rule 4(i) (*see* Doc. 19-1 at 6). Notwithstanding the passage of ample time and these promptings, Plaintiff has not completed service of process as required by Rule 4. The Court will grant Defendant's motion to dismiss this case for insufficient service of process under Rule 12(b)(5).

**IT IS ORDERED:**

1. Defendant's amended/renewed motion to dismiss under Rule 12(b)(5) (Doc. 19) is **granted.**
2. The Clerk is directed to terminate this action.

Dated this 14th day of December, 2015.

_____
David G. Campbell
United States District Judge